

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00695-CV

**KIPP, Inc.**

v.

**Kimberly Whitehead**

NO. 2011-70657 IN THE 234TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $14.00 | 12/17/2013 | UNKNOWN | UNK |
| E-TXGOV FEE | $5.00 | 10/21/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/30/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/27/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/11/2013 | E-PAID | ANT |
| FILING | $175.00 | 08/26/2013 | PAID | ANT |
| CLK RECORD | $650.00 | 08/22/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/19/2013 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $864.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my

hand and the seal of the Court of Appeals for the First District of Texas, this April 17, 2015.



**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**